**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS SANDATE,**

        **Plaintiff,**

-vs-                                                                                  Case No.  6:06-cv-601-Orl-31DAB

**MAKOTEK, LLC,**

        **Defendant.**
_____

## ORDER

On September 6, 2006, Magistrate Judge Baker issued a Report (Doc 35) recommending that Plaintiff's Motion for Conditional Certification of a collective action (Doc. 25) be denied. Plaintiff timely filed objections to the Report and Recommendation (Doc. 44) and Defendant responded (Doc. 45).

Having reviewed the matter *de novo*, the Court concurs with Judge Baker's analysis and conclusion that "collective class" status be denied.  Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is CONFIRMED and ADOPTED.

2. Plaintiff's Motion is DENIED; and

3. The consent to join (Doc. 27) is accepted and Hunter Harris is hereby added as a party plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 27, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE